BENJAMIN B. WAGNER
United States Attorney
LAURA A. HUGGINS
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-MJ-00126-KJN |
|---|---|
| Plaintiff, | ORDER ON DEFENDANT'S MOTION TO DISMISS FOR DESTRUCTION OF EVIDENCE AND GOVERNMENT'S MOTION TO DISMISS THE INFORMATION |
| v. | |
| LATRISHA M. HEARD, | DATE: July 22, 2015 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Kendall J. Newman |

It is HEREBY ORDERED that the defendant Latrisha M. Heard's Motion to Dismiss for Destruction of Evidence is DENIED.

It is hereby further ordered that the plaintiff United States of America's Motion to Dismiss Information, case number 2:15-mj-00126-KJN with prejudice is GRANTED.  The bench trial currently scheduled for July 27, 2015 is vacated.

IT IS SO ORDERED.

Dated: July 21, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE